IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 17 2008

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

JOHNNI A. LUNDY,                §
                                §
        Plaintiff,              §
                                §
VS.                             §  NO. 4:07-CV-205-A
                                §
MICHAEL J. ASTRUE,              §
COMMISSIONER OF SOCIAL          §
SECURITY,                       §
                                §
        Defendant.              §

O R D E R

Came on for consideration the above-captioned action wherein

Johnni A. Lundy is plaintiff and Michael J. Astrue, Commissioner

of Social Security, is defendant.  This is an action for judicial

review of a final decision of the Commissioner denying

plaintiff's claim for disability insurance benefits under Titles

II and XVI of the Social Security Act.  On March 17, 2008, the

United States Magistrate Judge issued his proposed findings,

conclusions, and recommendation and granted the parties until

April 8, 2008, to file and serve objections.  Because timely

objections have not been filed, the court accepts the proposed

findings, conclusions, and recommendation of the United States

Magistrate Judge.

The court ORDERS that the Commissioner's decision of November 18, 2005, be, and is hereby, reversed, and that this action be, and is hereby, remanded to the Commissioner for further proceedings consistent with the findings, conclusions, and recommendation that the court has accepted.

SIGNED April 17, 2008.

_____
JOHN McBRYDE
United States District Judge